FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION   97 SEP -9 PM 3:43

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| SHELIA MURPHY CARPENTER and MICHAEL JOSEPH CARPENTER, | }<br>}<br>} |
| Plaintiffs | } CIVIL ACTION NO. |
| vs. | } CV-97-AR-1454-S |
| McRAE'S DEPARTMENT STORES, PROFITT'S, INC., ESTEE LAUDER, et al., | }<br>}<br>} |
| Defendants | |

ENTERED

SEP 9 1997

### MEMORANDUM OPINION

On May 22, 1997, the court granted three motions for summary judgment filed by the defendants in the above-entitled case and dismissed said case with prejudice. On June 12, 1997, defendant McRae's Department Stores ("McRae's") filed its bill of costs with the Clerk. Pursuant to local Rule 54.1, "[r]equests for taxation of costs (other than attorneys' fees) under Fed.R.Civ.P. 54(d) shall be filed with the Clerk within 20 days after entry of judgment." The Clerk denied McRae's its costs because it filed the bill after the 20-day deadline.

On September 8, 1997, McRae's filed a motion to reconsider in which it concedes that it filed its bill of costs one day beyond the 20-day deadline. It asks the court for leave to file its bill of costs despite this shortcoming. Under certain

